Afiyfa H. Ellington, Esq.
**Abira Medical Laboratories, LLC d/b/a**
**Genesis Diagnostics**
957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: (212)220-1616
aellington@genesisdx.com
*Counsel for Abira Medical Laboratories, LLC*
*d/b/a Genesis Diagnostics*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITEDHEALTH GROUP, INC., ET AL.<br>Plaintiff<br><br>vs.<br><br>ABIRA MEDICAL LABORATORIES, LLC<br>d/b/a GENESIS DIAGNOSTICS,<br><br>Defendants | CASE NO. **3:26-cv-07495-RK-JBD**<br><br>**F.R.C.P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics (a private non-governmental corporation) certifies as follows:

(a) There are no corporate affiliates, subsidiaries and/or parent corporation and any publicly held corporation owning 10% or more of stock of the Plaintiff, a nongovernmental corporate party.

(b) To the extent jurisdiction in this action is based upon diversity of citizenship under 28 U.S.C. § 1332(a), the owner of Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics is a citizen of the State of Florida.

Dated: August 14, 2026

/s/ Afiyfa H. Ellington, Esq.
Afiyfa H. Ellington, Esq.
Abira Medical Laboratories, LLC d/b/a
Genesis Diagnostics
957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690

Distribution list:
To all registered counsel by CM/ECF