ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Christopher Borchert** Direct Dial: **+1 212 210 9548** Email: **christopher.borchert@alston.com**

September 15, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *UnitedHealth Group, Inc. et al. v. Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics*, Case No. 3:26-cv-07495-RK-JBD

Dear Judge Kirsch:

We represent Petitioners UnitedHealth Group, Inc. and UnitedHealthcare Insurance Company (together, "United") in the above-captioned matter. By way of brief background, United commenced this action to confirm an arbitration award entered against Respondent Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics ("Genesis"). D.E. No. 1. On August 14, 2026, Genesis filed a cross-motion to vacate the arbitration award or, in the alternative, to modify the award (the "Cross-Motion"). D.E. No. 9. Yesterday, Genesis filed a reply brief in further support of its Cross-Motion. D.E. No. 14. United writes to respectfully request that the Court disregard Genesis's reply brief because it violates this District's Local Rules.

Local Civil Rule 7.1(h) provides that "[n]o reply brief in support of the cross-motion shall be served and filed without leave of the assigned Judge." Courts in this District have enforced that rule by declining to consider reply briefs filed without leave of Court. *See Weiss v. McElwee*, No. CV141858JLLJAD, 2016 WL 96144, at *2 n.2 (D.N.J. Jan. 8, 2016) ("Defendants filed a reply brief in further support of their cross-motion for summary judgment without first seeking leave of the Court . . . Accordingly, the Court will disregard Defendants' reply brief."); *Balassiano v. Camping World RV Sales*, No. CV 24-7883 (MAS) (TJB), 2024 WL 4651823, at *2 n.6 (D.N.J. Nov. 1, 2024) ("Local Civ Rule 7.1(h) states that, '[n]o reply brief in support of the cross-motion shall be served and filed without

leave of the assigned Judge.' Plaintiff's reply will therefore not be considered in deciding this motion.").

Because Genesis filed its reply brief without first obtaining leave of Court as required by Local Civil Rule 7.1(h), United respectfully requests that the Court disregard it in ruling on the parties' respective motions.

We appreciate the Court's time and attention to this matter and are available if Your Honor has any questions or would like any additional information.

Respectfully submitted,

*/s/ Christopher J. Borchert*

Christopher J. Borchert

cc: All Counsel of Record (via ECF)